STATE of Missouri, Respondent,

v.

James R. ROSS, Appellant.

James Russell ROSS, Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 44757, WD 46132.

Missouri Court of Appeals,
Western District.

Jan. 19, 1993.

Marcie W. Bower, Columbia, for appellant.

William L. Webster, Atty. Gen., Michael J. Spillance, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and TURNAGE and KENNEDY, JJ.

ORDER

PER CURIAM.

Defendant appeals from his convictions of first degree assault and armed criminal action. Sections 565.050 and 571.015, RSMo 1986. The direct appeal has been consolidated with an appeal from the denial of a Rule 29.15 motion for post-conviction relief, after an evidentiary hearing. Rule 29.15(*l*).

The convictions are affirmed. Rule 30.-25(b). The denial of post-conviction relief is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Nora HOPKINS, Appellant.

No. WD 46227.

Missouri Court of Appeals,
Western District.

Jan. 19, 1993.

Marcie W. Bower, Columbia, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and SPINDEN, JJ.

ORDER

PER CURIAM:

Appeal from two convictions of delivery of a controlled substance, § 195.211, RSMo Supp.1992, and from two consecutive prison terms of five years.

Judgment affirmed. Rule 30.25(b).